**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA WELLER | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-06301 |
| | ) | |
| vs. | ) | Judge Charles P. Kocoras |
| | ) | |
| PARAMEDIC SERVICES OF | ) | Magistrate Judge Jeffrey T. Gilbert |
| ILLINOIS, INC., a corporation, | ) | |
| VILLAGE OF LINCOLNWOOD, a | ) | |
| municipal corporation, and JANE | ) | |
| AND JOHN DOES #1-10, individuals, | ) | |
| organizations, corporations, or other | ) | |
| legal entities whose names are presently | ) | |
| unknown, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE *INSTANTER* HIS SECOND AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Plaintiff Joshua Weller ("Plaintiff") respectfully requests that the Court grant him leave to file *instanter* his Second Amended Complaint, attached as Exhibit A. In support thereof, Plaintiff states as follows:

1. On November 27, 2017, Plaintiff filed the Amended Complaint in this matter.

2. At the time Plaintiff filed the Amended Complaint, he openly acknowledged that, while he knew there instances of defamation, he had no way of know precisely who defamed him or what was said. For that reason, he named Jane and John Does #1-10 as Defendants.

3. Over the course of discovery in this case, particularly through a written answer from PSI provided on June 28, 2018 and depositions at the Village of Lincolnwood on September 27, 2018, as well as related investigation done by Plaintiff's counsel in light of the

revelations, Plaintiff is now prepared to name three individuals, all senior employees of PSI at the time the comments were made, who he alleges defamed him.

4. Additionally, the defamatory comments are further evidence of Mr. Weller's allegations that he was retaliated against, which is related to four counts in his First Amended Complaint.

5. Finally, based on what has been learned through discovery and in the interest of openness and a desire to move this matter forward, Mr. Weller does not wish to pursue the counts of gender discrimination that were included in his First Amended Complaint as the retaliation counts cover the same set of facts and offer the same relief.

6. Plaintiff now seeks leave of Court to file *instanter* his Second Amended Complaint.

7. Pursuant to Rule 15(a), a "court should freely give leave [to amend a complaint] when justice so requires." Fed. R. Civ. P. 15(a). "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962).

8. Here, it is in the interest of justice to allow Plaintiff to file his Second Amended Complaint. The Second Amended Complaint is not the result of undue delays, bad faith, or dilatory motives by Plaintiff, and there will be no prejudice to Defendants as the Second Amended Complaint arises out of the same general facts, supplemented by facts that Mr. Weller could not have previously known.

WHEREFORE, Plaintiff Joshua Weller respectfully requests that this Court enter an Order granting him leave to file *instanter* his Second Amended Complaint.

Dated: October 4, 2018    Respectfully Submitted,

/s/ *Daniel Zemans*
Daniel Zemans
The Law Offices of Daniel Zemans, LLC
500 N. Michigan Avenue, Suite 600
Chicago, IL 60640
Phone: (773) 706-7767
Email: dzemans@zemans-law.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day, October 4, 2018, filed the foregoing **Plaintiff's Motion for Leave to File Instanter His Second Amended Complaint** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

      /s/ Daniel Zemans
      Attorney for Plaintiff

Daniel Zemans (ARDC #6284309)
The Law Offices of Daniel Zemans, LLC
500 N. Michigan Avenue, Suite 600
Chicago, IL 60611
Phone: (773) 706-7767
Email: dzemans@zemans-law.com