**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSHUA WELLER** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-06301 |
| | ) | |
| vs. | ) | Judge Charles P. Kocoras |
| | ) | |
| **PARAMEDIC SERVICES OF** | ) | Magistrate Judge Jeffrey T. Gilbert |
| **ILLINOIS, INC., a corporation,** | ) | |
| **VILLAGE OF LINCOLNWOOD, a** | ) | |
| **municipal corporation, and JANE** | ) | |
| **AND JOHN DOES #1-10, individuals,** | ) | |
| **organizations, corporations, or other** | ) | |
| **legal entities whose names are presently** | ) | |
| **unknown,** | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

All claims having been resolved by the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to the above-entitled matter hereby stipulate and agree that all claims shall be dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs.

Dated: December 7, 2018                                               Respectfully Submitted,

/s/ Daniel Zemans                                                              /s/ Brian Holman
Daniel Zemans                                                                  Brian Holman
The Law Offices of Daniel Zemans, LLC                          Dennis Stefanowicz
500 N. Michigan Avenue, Suite 600                                Holman & Stefanowicz
Chicago, IL 60611                                                             233 S Wacker Drive # 9305
Phone: (773) 706-7767                                                     Chicago, IL 60606
Email: dzemans@zemans-law.com                                 Phone: (312) 258-9700
                                                                                            Email: brh@hs-attorneys.com

*Attorney for Plaintiff*                                                       *Attorneys for Defendant PSI*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 7, 2018, I electronically filed the foregoing **Stipulation to Dismiss** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                   /s/ Daniel Zemans

Daniel Zemans  
The Law Offices of Daniel Zemans, LLC  
4542 N. Sheridan Road, #2  
Chicago, IL 60640  
Phone: (773) 706-7767  
Email: dzemans@zemans-law.com